MELISSA P. BARNARD
Assistant General Counsel
University of Nevada, Reno
Nevada Bar No. 4916
1664 N. Virginia St. MS 550
Reno, NV 89557-0550
(775) 784-3495
(775) 327-2202-FAX
*Attorney for Defendant*
*Jeff Thompson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRIEDWARDT WINTERBERG,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF NEVADA RENO,<br>REGENTS:<br>JASON GEDDES, MARK W. DOUBRAVA, PATRICK R. CARTER, AMY J. CARVALHO, CAROL DEL CARLO, TREVOR HAYES, SAM LIEBERMAN, CATHY McADOO, DONALD SYLVANTE McMICHAEL, SR., JOHN T. MORAN, KEVIN J. PAGE, LAURA E. PERKINS, RICK TRACHOK,<br><br>(Represented by University of Nevada System General Counsel Joseph Reynolds, Esq., Chancellor's office.)<br><br>UNR ADMINISTRATORS:<br>MARC JOHNSON (President, UNR)<br>KEVIN CARMAN (Provost, UNR)<br>JEFF THOMPSON (Dean),<br>PAUL NEILL (British Physics Chair),<br>,<br>(Represented by UNR Reno General Counsel Mrs. Mary Dugan, Esq.; President's office.)<br>           Defendants.    / | Case No.: 3:19-CV-00747-MMD-CLB |

1

**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY**
**(First Request)**

Plaintiff Friedwardt Winterberg ("Winterberg") pro per, and Defendant Jeff Thompson ("Thompson"), by and through his attorney of record, stipulate as follows:

**RECITALS**

1. By this stipulation the parties are agreeing to extend the time for Defendant Thompson to file a reply in support of its motion to dismiss, which pursuant a Minute Order of this Court, is due on January 24, 2020.
2. The Complaint in this action was filed on December 17, 2019.
3. Thompson filed a Motion to Dismiss on January 10, 2020.
4. Winterberg filed his Opposition on Friday, January 17, 2020. The Opposition did not contain a service of process page and Winterberg did not serve the Opposition on Thompson as Winterberg was unaware of that requirement.
5. On Tuesday, January 21, 2020, Thompson's attorney received an electronic notice that the Opposition had been filed on January 17, 2020 and any reply would be due on January 24, 2020.
6. On Thursday, January 23, 2020, counsel for Thompson called Winterberg to ask Winterberg if he would agree to Thompson receiving additional time up to and including January 28, 2020, to file a reply. Winterberg agreed to the extension of time.

**STIPULATION**

IT IS HEREBY STIPULATED AS FOLLOWS:

Defendant Thompson shall have up to and including January 28, 2020, to file a

/ / /
/ / /
/ / /
/ / /
/ / /

reply in support of his Motion to Dismiss.

DATED: January 24, 2020.

  /s/ Friedwardt Winterberg
FRIEDWARDT WINTERBERT
5395 Goldenrod Drive
Reno, NV 89511
(775) 849-2739

*Pro Se Plaintiff*

DATED: January 24, 2020.

  /s/ Melissa P. Barnard
MELISSA P. BARNARD
University of Nevada, Reno
Nevada Bar No. 4916
1664 N. Virginia St. MS 0550
Reno, NV 89557-0550
(775) 784-3492
(775) 327-2202-FAX

*Attorney for Defendant Thompson*

## ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICTJUDGE

Date: __January 27, 2020_____

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the University of Nevada, Reno, over the age of eighteen years, that I am not a party to the within action, and that on the 24th day of January, 2020, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY (First Request)**, with the Clerk of the Court by using the CM/ECF system and I deposited for mailing, postage prepaid, a true and correct copy of the foregoing addressed as follows:

>Friedwardt Winterberg
>5395 Goldenrod Drive
>Reno, NV  89511

/s/ Michelle A. Ene
Employee of the University of Nevada, Reno of the Nevada System of Higher Education